# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY WILLIAMS,<br><br>    Plaintiff<br><br>v.<br><br>SUNRISE HOSPITAL, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01432-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 7] |

On April 17, 2020, Magistrate Judge Koppe recommended that I dismiss this case without prejudice to the plaintiff filing his lawsuit in state court because it is clear no subject matter jurisdiction exists in this court. ECF No. 7. Plaintiff Jeremy Williams did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 7) is accepted** and plaintiff Jeremy Williams' amended complaint (ECF No. 5) is dismissed without prejudice to him filing it in state court. The clerk of court is instructed to close this case.

DATED this 8th day of May, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE